IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EDDA HERNANDEZ
*individually and on behalf of all others similarly situated*

vs

THE HOME DEPOT, INC.,
*a Delaware corporation*

CIVIL ACTION:

1:14-cv-3198-CC

O R D E R

The undersigned hereby RECUSES himself from the above-styled action. The Clerk is directed to reassign this action to another judge in accordance with the Internal Operating Procedures of this Court.

SO ORDERED this 8th day of    OCTOBER    2014.

*s/ CLARENCE COOPER*

CLARENCE COOPER
UNITED STATES DISTRICT JUDGE