# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**　　　　　　　　　　　　　　　　　　　　　　　　　　　　404-215-1600
**DISTRICT COURT EXECUTIVE AND**
**CLERK OF COURT**

October 22, 2014

Joseph J. Siprut
Siprut PC
Suite 1600
17 N. State Street
Chicago, IL 60602

　　　　Re:　Edda Hernandez v. The Home Depot, Inc.
　　　　　　1:14-cv-3198-WBH
　　　　　　Your client: Edda Hernandez

Dear Mr. Siprut:

　　You are listed as counsel in the referenced case. As an out-of-state attorney who is not a member of the Bar of this Court, you must be admitted *pro hac vice* (Local Rule 83.1). Applications for Admission *pro hac vice* in all cases, both civil and criminal, should be filed electronically by local counsel. Credit card payment of the $150 application fee must be made concurrent with the filing of the completed application.

　　A *pro hac vice* application is available on our Courts web site at http://www.gand.uscourts.gov/bar/.

　　If you decide not to complete the application, you must file a (1) motion to withdraw identifying therein the attorney who will represent the party, or (2) a notice of substitution of counsel.

　　**This is the only notice you will receive**; after 30 days and no response, the status of your admission will be brought to the attention of the assigned judge.

　　Direct all correspondence or questions you may have to 404-215-1600.

　　　　　　　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Phyllis Brannon

　　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK for
　　　　　　　　　　　　　　　　　　　　　　　James N. Hatten